**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | | |
|---|---|---|
| IN RE: JOSEPH L. KOEPFINGER, AN INDIVIDUAL | : | No. 162 WAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: JOSEPH L. KOEPFINGER | : | from the Order of the Superior Court |


## ORDER


**PER CURIAM**

  **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is GRANTED. The issue, as stated by petitioner, is:


  What is the effect of a Power of Attorney which is not executed in conformance with the statute and did the Superior Court commit reversible error by reversing the trial court which held that a trust was void and terminated as it was created by a Power of Attorney which was later declared void *ab initio*?